# ELECTRONIC RECORD

COA # 02-10-00491-CR          OFFENSE: 22.021

STYLE: Troy Bernard Stoker Jr. v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION:     AFFIRMED          TRIAL COURT: Criminal District Court No. 3

DATE: 09/22/11          Publish: NO   TC CASE #:     1183695D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Troy Bernard Stoker Jr. v. The State of Texas          CCA #: **1462-14**

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _02/11/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD